# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NATIONWIDE LIFE INSURANCE COMPANY AND NATIONWIDE LIFE AND ANNUITY INSURANCE COMPANY,

    Plaintiffs,

v.

CARL MILLBERG, INSIGHT LIFE INCORPORATED, MELVIN WILLIAMS, CASSIDY COTTEN, PF PARTICIPATION FUNDING TRUST, AND DOES 1 through 20,

    Defendants.

Case No. 2:14-cv-01586-APG-CWH

**Default Judgment**

---

    Defendants Carl Millberg, Insight Incorporated, Cassidy Cotten, and Melvin Williams (collectively, the "Defaulted Defendants") failed to appear, plead, or otherwise defend in this action. Default was entered on February 11, 2015 (against Millberg, Insight, and Cotten) and on July 28, 2015 (against Williams). Plaintiffs have requested entry of a default judgment against the Defaulted Defendants, and they filed a proper motion and affidavit in accordance with FED. R. CIV. P. 55(b). Good cause appearing,

    IT IS HEREBY ORDERED that Default Judgment is hereby entered in favor of plaintiffs Nationwide Life Insurance Company and Nationwide Life and Annuity Insurance Company and again defendants Milberg, Insight, Cotten and Williams, jointly and severally, in the amount of $966,902.20, plus $170,648.20 in legal fees and costs, plus interest on the judgment at the statutory rate of 5.25% until the judgment is satisfied.

    DATE: October 29, 2015.

By: _____
United States District Judge